## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Sean Gschwind
(Please print)

STREET ADDRESS: 3001 Cherry Drive

CITY/STATE/ZIP: Wonder Lake, IL 60097

PHONE NUMBER: 708-707-8357

CASE NUMBER: 08 C 5 0 0 68

_Sean Gschwind_          4-21-08
Signature                Date

# FILED

APR 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.