# United States District Court for the Northern District of Illinois

Case Number: __08 C 5 0 0 68__    Assigned/IssuedBy: _____

## FEE INFORMATION

**Amount Due:**  ☒ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP      ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: __350 —__    Receipt #: __3731__

Date Paid: __4-21-08__    Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Original and __1__ copies on __4-21-08__ as to __deft__
(Date)

C:\wpwin80\docket\fecinfo.frm   01/01

copy to Judge