# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| SEAN GSCHWIND,<br><br>    Plaintiff,<br><br>vs.<br><br>L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & COMPANY, an Illinois Corporation,<br><br>    Defendant. | Case No.: 08 C 50068<br><br>Judge: Kapala |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & COMPANY

| |
|---|
| NAME:  Nabil G. Foster |
| SIGNATURE:  s/ *Nabil G. Foster* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273877 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

**CERTIFICATE OF SERVICE**

  I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this **16th** day of **June, 2008**.

| | | |
|---|---|---|
| _X__ | CM/ECF | *Plaintiff* |
| __ | Facsimile | Sean Gschwind *(Pro Se)* |
| ___ | Federal Express | 3001 Cherry Drive |
| _X_ | Mail | Wonder Lake, IL 60097 |
| ___ | Messenger | (708) 707-8357 |
| | | Web-business@hotmail.com |

HINSHAW & CULBERTSON LLP

Nabil G. Foster            s/ *Nabil G. Foster*
HINSHAW & CULBERTSON LLP     Nabil G. Foster
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
nfoster@hinshawlaw.com

2

6330195v1 888192