## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SEAN GSCHWIND<br>    Plaintiff,<br>vs.<br>L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a<br>LOU HARRIS & COMPANY, an Illinois Corporation,<br>    Defendant. | Case Number:<br>08 C 50068<br><br>Judge:  Kapala |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & COMPANY

| |
|---|
| NAME (Type or print)<br>Jeffrey M. Glass |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ Jeffrey M. Glass |
| FIRM<br>Hinshaw & Culbertson LLP |
| STREET ADDRESS<br>100 Park Avenue |
| CITY/STATE/ZIP<br>Rockford, IL 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6206976 | TELEPHONE NUMBER<br>(815) 490-4900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |

American LegalNet, Inc.<br>www.USCourtForms.com