IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SEAN GSCHWIND,<br><br>  Plaintiff,<br><br>v.<br><br>L & P FINANCIAL ADJUSTERS INCORPORATED, d/b/a LOU HARRIS & COMPANY, an Illinois Corporation,<br><br>  Defendant. | Case No.: 08 C 50068<br><br>Judge Kapala |

### NOTICE OF FILING

TO: See Attached Service List

  PLEASE TAKE NOTICE that on June 18, 2008, we filed with the Clerk of the Court, the **ADDITIONAL APPEARANCE OF JEFFREY M. GLASS AS COUNSEL FOR DEFENDANTS**, a copy of which is attached hereto and hereby served upon you.

            HINSHAW & CULBERTSON LLP

            By: s/Jeffrey M. Glass
              Jeffrey M. Glass

Jeffrey M. Glass
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

David M. Schultz
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000

Nabil G. Foster
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000

70565608v1 NEWFILE

## CERTIFICATE OF SERVICE

      I, Jeffrey M. Glass, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 100 Park Avenue, Rockford, Illinois 61101, postage prepaid, before the hour of 5:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (815) 490-4901, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 18th day of June, 2008.

| | |
|---|---|
| __X__ CM/ECF<br>_____ Facsimile<br>_____ Federal Express<br>__X__ Mail<br>_____ Messenger | *Plaintiff*<br>Sean Gschwind (*Pro se*)<br>3001 Cherry Drive<br>Wonder Lake, IL 60097<br>(708) 707-8357<br>Web-business@hotmail.com |

s/Jeffrey M. Glass
Jeffrey M. Glass

Jeffrey M. Glass
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Telephone: 815-490-4900
Facsimile: 815-490-4901
jmglass@hinshawlaw.com