# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number:
SEAN GSCHWIND                                          08 C 50068
   Plaintiff,
vs.                                                    Judge: Kapala
L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a
LOU HARRIS & COMPANY, an Illinois Corporation,
   Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & COMPANY

| | |
|---|---|
| **NAME** (Type or print) <br> Jeffrey M. Glass | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey M. Glass | |
| **FIRM** <br> Hinshaw & Culbertson LLP | |
| **STREET ADDRESS** <br> 100 Park Avenue | |
| **CITY/STATE/ZIP** <br> Rockford, IL 61101 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6206976 | **TELEPHONE NUMBER** <br> (815) 490-4900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

American LegalNet, Inc. <br> www.USCourtForms.com