IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SEAN GSCHWIND,                             )<br>                                            )<br>         Plaintiff,                        )<br>                                            )   Case No.: 08 C 50068<br>v.                                          )<br>                                            )   Judge Kapala<br>L & P FINANCIAL ADJUSTERS                   )<br>INCORPORATED, d/b/a LOU HARRIS &            )<br>COMPANY, an Illinois Corporation,           )<br>                                            )<br>         Defendant.                         )   | |

### NOTICE OF FILING

TO:   See Attached Service List

   PLEASE TAKE NOTICE that on June 18, 2008, we filed with the Clerk of the Court, the **ADDITIONAL APPEARANCE OF JEFFREY M. GLASS AS COUNSEL FOR DEFENDANTS**, a copy of which is attached hereto and hereby served upon you.

                                    HINSHAW & CULBERTSON LLP

                                    By: s/Jeffrey M. Glass
                                        Jeffrey M. Glass

Jeffrey M. Glass
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

David M. Schultz                            Nabil G. Foster
Hinshaw & Culbertson LLP                    Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300         222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081                      Chicago, IL 60601-1081
(312) 704-3000                              (312) 704-3000

70565608v1 NEWFILE

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Glass, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 100 Park Avenue, Rockford, Illinois 61101, postage prepaid, before the hour of 5:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (815) 490-4901, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 18th day of June, 2008.

| | |
|---|---|
| X  CM/ECF<br>\_\_\_\_ Facsimile<br>\_\_\_\_ Federal Express<br>X  Mail<br>\_\_\_\_ Messenger | *Plaintiff*<br>Sean Gschwind (*Pro se*)<br>3001 Cherry Drive<br>Wonder Lake, IL 60097<br>(708) 707-8357<br>Web-business@hotmail.com |

s/Jeffrey M. Glass
Jeffrey M. Glass

Jeffrey M. Glass
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Telephone: 815-490-4900
Facsimile: 815-490-4901
jmglass@hinshawlaw.com

70565608v1 NEWFILE