**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| SEAN GSCHWIND, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 50068 |
| vs. ) | Judge Kapala |
| ) | |
| L & P FINANCIAL ADJUSTERS ) | Magistrate Judge Mahoney |
| INCORPORATED d/b/a LOU HARRIS & ) | |
| COMPANY, an Illinois Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Defendant, L & P FINANCIAL ADJUSTERS INCORPORATED d/b/a LOU HARRIS & COMPANY, by and through its attorneys, David M. Schultz and Nabil G. Foster with HINSHAW & CULBERTSON, LLP, hereby provide notice to the Court that the parties have reached a settlement. The Plaintiff is currently reviewing the language of the settlement agreement and has consented to the Defendant's filing of a document to advise the Court of the settlement status. The parties will advise the Court of when an order to dismiss with prejudice may be entered pursuant to the settlement agreement.

Respectfully submitted,

By: s/ Nabil Foster
One of the Attorneys for Defendant

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
nfoster@hinshawlaw.com

6336330v1 888192

2

## CERTIFICATE OF SERVICE

I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **NOTICE OF SETTLEMENT** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 2nd day of **July 2008**.

|  |  |  |
|---|---|---|
| ___ | CM/ECF | *Plaintiff* |
| ___ | Facsimile | Sean Gschwind (*Pro se*) |
| ___ | Federal Express | 3001 Cherry Drive |
| _X_ | Mail | Wonder Lake, IL 60097 |
| ___ | Messenger | (708) 707-8357 |
|  |  | Web-business@hotmail.com |

By /s Nabil Foster
One of Defendants' Attorneys

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
                nfoster@hinshawlaw.com

6336330v1 888192