UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

SEP 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SEAN GSCHWIND, )
)
Plaintiff, )
)
vs. )  Case No: 08 C 500068
)  Judge Kapala
L & P FINANCIAL ADJUSTERS )
INCORPORATED )  Magistrate Judge Mahoney
d/b/a LOU HARRIS & COMPANY, )
an Illinois Corporation )
)
)
Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

For the reasons set forth in the confidential Settlement Agreement, Plaintiff, Sean Gschwind, and Defendant, L & P Financial Adjusters Incorporated d/b/a/ Lou Harris & Company, by and through their undersigned attorneys, hereby stipulate and agree that the above captioned case be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Defendant agrees to bear their own costs and legal fees in this matter.

Respectfully submitted September 5, 2008.

DATED: September 5, 2008.

_____
SEAN GSCHWIND
Pro-Se
3001 Cherry Drive
Wonder Lake, IL 60097
708-707-8357
web-business@hotmail.com

DATED: September 5, 2008.

_____
JEFFREY M. GLASS
Attorney for Defendant
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
jmglass@hinshawlaw.com